UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KELLY,<br><br>        Plaintiff,<br>   vs.<br><br>AMERIGAS PROPANE,<br><br>        Defendant.<br>_____/ | CASE NO. CV F 11-0096 LJO BAM<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 28.) |

Defense counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than April 16, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending matters and dates, including the May 9, 2012 settlement conference, June 7, 2012 pretrial conference, and July 10, 2012 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:   March 14, 2012**          /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE