IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KELLY, | CASE NO. CV F 11-0096 LJO BAM |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 30.) |
| AMERICAN PROPANE, INC., | |
| Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;
2. VACATES all pending matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   March 15, 2012**         /s/ Lawrence J. O'Neill
                    UNITED STATES DISTRICT JUDGE

1